**ORDERED.**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27794/0144390846

Dated: December 10, 2009

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Scott A. Geer and Sara C. Geer<br>    Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>    Movant,<br>    vs.<br>Scott A. Geer and Sara C. Geer, Debtors, Gayle E. Mills, Trustee.<br><br>    Respondents. | No. 4:09-bk-26179-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

> Lot 17 of Silverado Hills Block 4, as shown by map recorded in Book 42 of Maps and Palts at Page 80, Pima County, Arizona

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT